## Smart *v.* Joseph Berliner Co., Appellant.

Argued March 23, 1970.

*William B. Freilich,* with him *James M. Marsh,* and *LaBrum and Doak,* for appellant; *Edward W. Silver,* with him *Silver and Silver,* for appellee.

Judgment affirmed.

## Southern Fulton School District *v.* Bradshaw, Appellant.

Argued March 9, 1970. *John B. Schaner,* for appellant; *John McD. Sharpe, Jr.,* for appellee.

Order affirmed.

## Southern Fulton School District *v.* Douglas, Appellant.

Argued March 9, 1970. *John B. Schaner,* for appellant; *John McD. Sharpe, Jr.,* for appellee.

Order affirmed.